George F. Allen, State Bar No. 145357
1903 21st Street
Sacramento, CA 95811
looga@looga.com
Telephone (916) 444-8765
looga@looga.com

Attorney for Plaintiff
Marcell Hearne

Thomas F. Nowland (SBN 236824)
Daniel A. Brodnax (SBN 266822)
LAW OFFICES OF THOMAS F. NOWLAND
20241 SW Birch Street, Suite 203
Newport Beach, CA 92660
Telephone: (949) 221-0005
Facsimile: (949) 221-0003

Attorneys for Defendants
BRAVO SECURITY SERVICES, INC.,
FURQAN KHALIQ, and NUMAAN KHALIQ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELL HEARNE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BRAVO SECURITY SERVICES, INC.; FURQAN KHALIQ, and NUMAAN KHALIQ, DOES 1 to 50,<br><br>　　　　　　Defendants. | **Case No. 2:22-cv-00531-MCE-DB**<br><br>**JOINT MOTION FOR DISMISSAL AND ORDER**<br><br><br>Complaint Served: March 23, 2022 |

　　　PLAINTIFF Marcell Hearne and Defendants Bravo Security Services, Inc., Furqan Khaliq, and Numaan Khaliq have resolved their dispute and now jointly move to dismiss the above-styled action with prejudice pursuant to Federal Rule of Civil Procedure 41.

///

JOINT MOTION FOR DISMISSAL AND ORDER

1

All parties shall bear their respective fees, costs, and expenses.

Date: November _7_, 2022

                                              By: /s/ George F. Allen
                                                 George F. Allen
                                                 Attorneys for Plaintiff
                                                 JAMIE HOWARD

Date: November 4__, 2022        LAW OFFICES OF THOMAS F. NOWLAND

                                              By: /s/ Daniel Brodnax
                                                 Daniel A. Brodnax
                                                 Attorneys for Defendant
                                                 BRAVO SECURITY SERVICES, INC.,
                                                 FURQAN KHALIQ, and NUMAAN KHALIQ

     IT IS SO ORDERED.

Dated:  November 14, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

JOINT MOTION FOR DISMISSAL AND ORDER

2